G. E. COOLEY, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.

## Opinion Filed January 10, 1923.

Where upon an examination of the entire record it appears that the verdict' was fully supported by the evidence and that alleged errors in the admission of evidence and the refusal to give instructions requested by the defendant did not result in harmful prejudice of the defendant's case the verdict will not be disturbed.

A Writ of Error to the Circuit Court for Jackson County; C. L. Wilson, Judge.

Judgment affirmed.

*Paul Carter*, for Plaintiff in Error;

*Rivers H. Buford*, Attorney General, and *Marvin C. McIntosh*, Assistant Attorney General, for the State.

ELLIS, J.—The plaintiff in error was indicted at the spring term of the circuit court for Calhoun County for assault upon Alphonso Charles Rodriguez with intent to commit murder. There was a change of venue to Jackson County. There was a conviction of aggravated assault and the defendant seeks to reverse the judgment on writ of error.

Cooley was a convict guard in charge of county convicts in Calhoun County. There were two Mexican convicts. The guard killed one of them and immediately turned upon the other about thirty or forty feet away and shot him, the latter was named Rodriguez.

There are eleven assignments of error. Seven rest upon objections and exceptions to evidence and four upon the court's refusal to give certain instructions requested by the defendant.

We have carefully examined the entire case as presented by the record and find that the verdict was fully supported by the evidence and that the errors complained of have resulted in no miscarriage of justice. Chapter 6223 Laws of Florida, Acts 1911; Section 2812 Revised General Statutes 1920.

The judgment is affirmed.

TAYLOR, C. J., AND WHITFIELD, BROWNE AND WEST, J. J., concur.